Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−15435−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Crystal M Dunston
   37 Randolph Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6177

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 8, 2022.

Dated: September 8, 2022
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-15435-JNP |
| Crystal M Dunston | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 08, 2022 | Form ID: plncf13 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal M Dunston, 37 Randolph Lane, Sicklerville, NJ 08081-4462 |
| 519654602 | + | Boost Credit Line, 5940 summerhill road, Texarkana, TX 75503-1639 |
| 519655036 | + | Jonathan Dunston, 37 Randolph Lane, Sicklerville, NJ 08081-4462 |
| 519654621 | | State of NJ Department of Labor, Benefits Payment Control, P.O. Box 951, Trenton, NJ 08625-0951 |
| 519654622 | + | Stwdfinsvc, Po Box 39, Maple Shade, NJ 08052-0039 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519654601 | + | Email/Text: backoffice@affirm.com | Sep 08 2022 20:40:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519673616 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 08 2022 20:40:00 | Atlantic City Electric Company, 5 Collins Drive,Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 519655544 | | Email/Text: bankruptcy@cbtno.com | Sep 08 2022 20:39:00 | Crescent Bank and Trust, PO Box 2829, Addison, TX 75001 |
| 519654603 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 08 2022 20:47:01 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519654604 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2022 20:58:20 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519654605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2022 20:58:19 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519654606 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 08 2022 20:47:13 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519654607 | + | Email/Text: bankruptcy@cbtno.com | Sep 08 2022 20:40:00 | Crescent Bank & Trust, Inc., Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 519663240 | | Email/Text: mrdiscen@discover.com | Sep 08 2022 20:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519654608 | + | Email/Text: mrdiscen@discover.com | Sep 08 2022 20:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519666451 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 08 2022 20:47:52 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |

Case 22-15435-JNP    Doc 22    Filed 09/10/22    Entered 09/11/22 00:14:11    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: plncf13 | Total Noticed: 42 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519656093 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2022 20:47:30 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519654609 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 08 2022 20:47:08 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 519654611 | + | Email/Text: LCI@upstart.com | Sep 08 2022 20:39:00 | FinWise Bank, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 519654610 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 08 2022 20:40:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519654612 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 08 2022 20:47:08 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519654613 | + | Email/Text: bankruptcy@sccompanies.com | Sep 08 2022 20:40:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 519654614 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2022 20:39:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519680423 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 20:58:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519654615 | | Email/Text: camanagement@mtb.com | Sep 08 2022 20:40:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519676937 | | Email/Text: camanagement@mtb.com | Sep 08 2022 20:40:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519654616 | + | Email/Text: bankruptcy@sccompanies.com | Sep 08 2022 20:40:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 519654617 | + | Email/Text: bankruptcy@sccompanies.com | Sep 08 2022 20:40:00 | Monroe & Main, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519654618 | + | Email/Text: netcreditbnc@enova.com | Sep 08 2022 20:40:11 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 519672773 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 08 2022 20:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519654619 | | Email/Text: joey@rmscollect.com | Sep 08 2022 20:40:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 519654620 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 08 2022 20:58:20 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 519655349 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 20:47:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519654623 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 20:47:37 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519654624 | + | Email/Text: bknotices@totalcardinc.com | Sep 08 2022 20:40:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 519655999 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 08 2022 20:47:45 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York,, NY 10278 |
| 519654626 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 08 2022 20:47:45 | US Dept HUD, 451 ASeventh Street SW, Washington, DC 20410-0001 |
| 519654625 | + | Email/Text: LCI@upstart.com | Sep 08 2022 20:39:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519656003 | | ^ MEBN | Sep 08 2022 20:38:07 | Upstart Network, Inc., PO BOX 1931, |

Case 22-15435-JNP   Doc 22   Filed 09/10/22   Entered 09/11/22 00:14:11   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: plncf13 | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| | | | Burlingame, CA 94011-1931 |
| 519654627 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com Sep 08 2022 20:58:14 | | Wells Fargo Auto Finance, Attn: Bankruptcy, Po Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad J. Sadek | on behalf of Debtor Crystal M Dunston bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4