53584
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Exeter Finance LLC
JM5630_____

IN RE:  CRYSTAL M. DUNSTON

UNITED STATES
BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY

CHAPTER: 13

CASE NO.:  22-15435 (JNP)

NOTICE OF APPEARANCE AND
REQUEST FOR ALL NOTICES, PLANS,
AND DISCLOSURE STATEMENTS

Exeter Finance LLC enters its appearance and the law firm of Morton & Craig LLC, pursuant to

Fed R Bankr P 9010, hereby enters their appearance as attorneys for Exeter Finance LLC with

regard to all matters and proceedings in the above captioned case, showing counsel's name, office

address and telephone number as follows:

Morton & Craig, LLC

110 Marter Avenue, Suite 301

Moorestown, NJ 08057

(856) 866-0100

Exeter Finance LLC, pursuant to Fed R Bankr P 2002, hereby requests that all notices required

to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that,

but for this Request, would be provided only to committees appointed pursuant to the

Bankruptcy Code or their authorized agents, be given to Exeter Finance LLC by due

service upon its undersigned attorneys, Morton & Craig LLC, at the address stated

above and also to it at the following address:

     Exeter Finance LLC
     4515 N. Santa Fe Avenue
     Dept. APS
     Oklahoma City, OK 73118

Exeter Finance LLC, pursuant to Fed R Bankr P 3017(a), further requests that all plans

and disclosure statements filed herein by any party be duly served upon it and its

undersigned attorneys.

          /s/   John R. Morton, Jr.

          John R. Morton, Jr., Esquire
          Morton & Craig LLC
          Attorneys for Exeter Finance LLC

     Dated: 12/15/22