UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Crystal Dunston,

Debtor.

Case No.: 22-15435-JNP

Chapter: 13

Hearing Date: 6/20/2023

Judge: Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Motion for Relief from Stay re: 37 Randolph Lane (Docket # 35)

_____

Date: 6/19/2023                                                /s/ Denise Carlon
                                                               Signature

*rev.8/1/15*