# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

SADEK LAW OFFICES
701 East Gate Drive, Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
Attorney(s) for Debtor

Order Filed on December 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 13 |
| Crystal M. Dunston | : | |
| | : | CASE NO. 22-15435 (JNP) |
| | : | HEARING DATE: December 27, 2023 @ 11:00 am |
| | : | ORAL ARGUMENT WAIVED |

**ORDER APPROVING GRANT FROM
NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY –
EMERGENCY RESCUE MORTGAGE ASSISTANCE PROGRAM (ERMA)**

The relief set forth on the following pages, numbered two (2) through two (2), is **ORDERED.**

**DATED: December 27, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Crystal M. Duston
Case No.: 22-15435 (JNP)
Order Approving Granted from New Jersey Housing and Mortgage Finance Agency – Emergency Rescue Mortgage Assistance Program (ERMA)

---

The Court having reviewed the Motion to Approving Grant from New Jersey Housing and Mortgage Finance Agency – Emergency Mortgage Assistance Program (ERMA) approved on November 29, 2023, as to the first mortgage concerning property located at 37 Randolph Lane, Sicklerville, NJ 08081, and the Court having considered any objections filed to such motion,

It is here by ORDERED that:

New Jersey Housing and Mortgage Finance Agency will immediately issue the final terms of the grant awarded to Debtor under the Emergency Rescue Mortgage Assistance program (ERMA)

And it is ORDERED that

The debtor is authorized to enter into the final terms of the Grant

And, it is further ORDERED that:

The Debtor shall file a Modified Chapter 13 Plan and Motions within 21 days of the date of this Order.