**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

SADEK LAW OFFICES
701 East Gate Drive, Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
Attorney(s) for Debtor

Order Filed on December 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 13 |
| Crystal M. Dunston | : | |
| | : | CASE NO.  22-15435 (JNP) |
| | : | HEARING DATE: December 27, 2023 @ 11:00 am |
| | : | ORAL ARGUMENT WAIVED |

**ORDER APPROVING GRANT FROM**
**NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY –**
**EMERGENCY RESCUE MORTGAGE ASSISTANCE PROGRAM (ERMA)**

The relief set forth on the following pages, numbered two (2) through two (2), is **ORDERED.**

**DATED: December 27, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Crystal M. Duston
Case No.: 22-15435 (JNP)
Order Approving Granted from New Jersey Housing and Mortgage Finance Agency – Emergency Rescue Mortgage Assistance Program (ERMA)

The Court having reviewed the Motion to Approving Grant from New Jersey Housing and Mortgage Finance Agency – Emergency Mortgage Assistance Program (ERMA) approved on November 29, 2023, as to the first mortgage concerning property located at 37 Randolph Lane, Sicklerville, NJ 08081, and the Court having considered any objections filed to such motion,

It is here by ORDERED that:

New Jersey Housing and Mortgage Finance Agency will immediately issue the final terms of the grant awarded to Debtor under the Emergency Rescue Mortgage Assistance program (ERMA)

And it is ORDERED that

The debtor is authorized to enter into the final terms of the Grant

And, it is further ORDERED that:

The Debtor shall file a Modified Chapter 13 Plan and Motions within 21 days of the date of this Order.

United States Bankruptcy Court

District of New Jersey

In re:                                             Case No. 22-15435-JNP
Crystal M Dunston                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Dec 27, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Crystal M Dunston, 37 Randolph Lane, Sicklerville, NJ 08081-4462 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Brad J. Sadek | on behalf of Debtor Crystal M Dunston bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Brian C. Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gregory L. Van Dyck | on behalf of Plaintiff NJ Department of Labor and Workforce Development Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov |

District/off: 0312-1 | User: admin | Page 2 of 2

Date Rcvd: Dec 27, 2023 | Form ID: pdf903 | Total Noticed: 1

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

John R. Morton, Jr.
on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 9