PB-850-C
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for Peritus Portfolio Services II, LLC
as servicer for Crescent Bank & Trust
JM5630_____

|  |  |
|---|---|
| IN RE:<br>　　　CRYSTAL M. DUNSTON | UNITED STATES<br>BANKRUPTCY COURT FOR<br>THE DISTRICT OF NEW  JERSEY<br><br>CHAPTER: 13<br><br>CASE NO:  22-15435 (JNP)<br><br>NOTICE OF APPEARANCE AND<br>REQUEST FOR ALL NOTICES, PLANS,<br>AND DISCLOSURE STATEMENTS |

Peritus Portfolio Services II, LLC as servicer for Crescent Bank & Trust enters its

appearance and the law firm of  Morton & Craig LLC, pursuant  to Fed R Bankr P 9010,

hereby enters their appearance as attorneys for Peritus with regard to all  matters and

proceedings in  the above  captioned case, showing counsel's name, office address and

telephone number as follows:

　Eisenberg Gold & Agrawal, P.C.
　1040 Kings Hwy N #200
　Cherry Hill, NJ 08034
　(856) 330-6200

Peritus Portfolio Services as servicer for Crescent Bank & Trust, pursuant to Fed R Bankr. P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Peritus by due service upon its undersigned attorneys, Morton & Craig LLC, at the address stated above and also to it at the following address:

> Peritus Portfolio Services II, LLC
> as servicer for Crescent Bank & Trust
> P.O. Box 141419
> Irving, TX 75014

Peritus Portfolio Services, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/   William E. Craig
William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.

Attorneys for Peritus Portfolio Services II, LLC
as servicer for Crescent Bank & Trust

Dated: 2/1/24