Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-15435 (JNP)

Crystal M. Dunston  
37 Randolph Lane  
Sicklerville, NJ  08081

Monthly Payment: $574.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/23/2023 | $565.00 | 03/09/2023 | $565.00 | 03/20/2023 | $565.00 | 04/14/2023 | $574.00 |
| 06/09/2023 | $574.00 | 07/07/2023 | $574.00 | 07/25/2023 | $574.00 | 09/01/2023 | $574.00 |
| 10/13/2023 | $574.00 | 11/27/2023 | $574.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CRYSTAL M. DUNSTON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $2,863.00 | $2,863.00 | $0.00 | $974.64 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 1 | AFFIRM, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BOOST CREDIT LINE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $375.61 | $0.00 | $375.61 | $0.00 |
| 4 | CITIBANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $678.52 | $0.00 | $678.52 | $0.00 |
| 6 | CREDIT ONE BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CRESCENT BANK & TRUST | 24 | $1,359.40 | $204.77 | $1,154.63 | $204.77 |
| 8 | DISCOVER BANK | 33 | $1,105.65 | $0.00 | $1,105.65 | $0.00 |
| 9 | EXETER FINANCE, LLC | 24 | $642.46 | $96.80 | $545.66 | $96.80 |
| 10 | FINWISE BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | FINGERHUT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PREMIER BANKCARD, LLC | 33 | $635.42 | $0.00 | $635.42 | $0.00 |
| 13 | GINNYS/SWISS COLONY INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | DEPARTMENT OF THE TREASURY | 28 | $6,595.90 | $0.00 | $6,595.90 | $0.00 |
| 15 | M & T BANK | 24 | $3,122.66 | $470.33 | $2,652.33 | $470.33 |
| 16 | MIDNIGHT VELVET/SWISS COLONY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MONROE & MAIN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | NETCREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | RECEIVABLE MANAGEMENT INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | REGIONAL ACCEPTANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | STATE OF NEW JERSEY | 24 | $15,768.45 | $2,375.07 | $13,393.38 | $2,375.07 |
| 22 | STWDFINSVC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | LVNV FUNDING, LLC | 33 | $1,629.41 | $0.00 | $1,629.41 | $0.00 |
| 24 | TOTAL VISA/THE BANK OF MISSOURI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | UPSTART NETWORK, INC. | 33 | $1,574.53 | $0.00 | $1,574.53 | $0.00 |
| 28 | WELLS FARGO AUTO FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | BRAD J. SADEK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | DEPARTMENT OF THE TREASURY | 33 | $7,416.95 | $0.00 | $7,416.95 | $0.00 |
| 32 | PREMIER BANKCARD, LLC | 33 | $955.65 | $0.00 | $955.65 | $0.00 |
| 33 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $2,286.45 | $0.00 | $2,286.45 | $0.00 |
| 34 | PINNACLE SERVICE SOLUTIONS, LLC | 33 | $761.45 | $0.00 | $761.45 | $0.00 |
| 35 | PINNACLE SERVICE SOLUTIONS, LLC | 33 | $646.00 | $0.00 | $646.00 | $0.00 |
| 36 | STATE OF NEW JERSEY | 28 | $4,822.30 | $0.00 | $4,822.30 | $0.00 |
| 37 | EXETER FINANCE, LLC | 24 | $1,364.12 | $202.55 | $1,161.57 | $202.55 |
| 38 | EXETER FINANCE, LLC | 13 | $438.00 | $438.00 | $0.00 | $438.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2022 | 1.00 | $0.00 |
| 09/01/2022 | Paid to Date | $934.00 |
| 10/01/2022 | 6.00 | $565.00 |
| 04/01/2023 | 52.00 | $574.00 |
| 08/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,713.00 |
| Total paid to creditors this period: | $5,162.16 |
| Undistributed Funds on Hand: | $518.90 |
| Arrearages: | $1,722.00 |
| Attorney: | BRAD J. SADEK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**