Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 22−15435−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Crystal M Dunston
   37 Randolph Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6177

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 8, 2022.

On April 25, 2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                June 5, 2024
Time:                09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 25, 2024
JAN: eag

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 22-15435-JNP

Crystal M Dunston                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                        User: admin                                        Page 1 of 4

Date Rcvd: Apr 25, 2024                              Form ID: 185                                    Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal M Dunston, 37 Randolph Lane, Sicklerville, NJ 08081-4462 |
| 519654602 | + | Boost Credit Line, 5940 summerhill road, Texarkana, TX 75503-1639 |
| 519655036 | + | Jonathan Dunston, 37 Randolph Lane, Sicklerville, NJ 08081-4462 |
| 519654622 | + | Stwdfinsvc, Po Box 39, Maple Shade, NJ 08052-0039 |
| 519655349 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 25 2024 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 25 2024 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: peritus@ebn.phinsolutions.com | Apr 25 2024 20:35:00 | Peritus Portfolio Services II, LLC as servicer for, 433 E. Las Colinas Blvd., Irving, TX 75039, UNITED STATES 75039-5581 |
| 519654601 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 25 2024 20:48:34 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519673616 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 25 2024 20:34:00 | Atlantic City Electric Company, 5 Collins Drive,Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 519655544 | | Email/Text: bankruptcy@cbtno.com | Apr 25 2024 20:33:00 | Crescent Bank and Trust, PO Box 2829, Addison, TX 75001 |
| 519654603 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2024 20:37:39 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519654604 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2024 20:37:40 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519654605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2024 20:37:42 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519654606 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 25 2024 20:37:56 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519654607 | + | Email/Text: bankruptcy@cbtno.com | Apr 25 2024 20:35:00 | Crescent Bank & Trust, Inc., Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 519663240 | | Email/Text: mrdiscen@discover.com | Apr 25 2024 20:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519654608 | + | Email/Text: mrdiscen@discover.com | Apr 25 2024 20:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

Case 22-15435-JNP    Doc 61    Filed 04/27/24    Entered 04/28/24 00:13:49    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | | |
|---|---|---|---|
| District/off: 0312-1 | | User: admin | Page 2 of 4 |
| Date Rcvd: Apr 25, 2024 | | Form ID: 185 | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| 519666451 | + Email/PDF: acg.exeter.ebn@aisinfo.com | Apr 25 2024 20:37:40 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 519656093 | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 25 2024 20:37:44 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519654609 | + Email/PDF: acg.exeter.ebn@aisinfo.com | Apr 25 2024 20:38:21 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 519654611 | + Email/Text: LCI@upstart.com | Apr 25 2024 20:34:00 | FinWise Bank, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 519654610 | + Email/Text: bnc-bluestem@quantum3group.com | Apr 25 2024 20:35:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519654612 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 25 2024 20:48:53 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519654613 | + Email/Text: bankruptcy@sccompanies.com | Apr 25 2024 20:35:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 519654614 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 25 2024 20:34:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519701366 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2024 20:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519680423 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2024 20:38:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519654615 | Email/Text: camanagement@mtb.com | Apr 25 2024 20:34:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519676937 | Email/Text: camanagement@mtb.com | Apr 25 2024 20:34:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519654616 | + Email/Text: bankruptcy@sccompanies.com | Apr 25 2024 20:35:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 519654617 | + Email/Text: bankruptcy@sccompanies.com | Apr 25 2024 20:35:00 | Monroe & Main, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519654618 | + Email/Text: netcreditbnc@enova.com | Apr 25 2024 20:35:19 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 519704727 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 25 2024 20:48:53 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519702419 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2024 20:48:33 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519672773 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2024 20:35:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519654619 | Email/Text: joey@rmscollect.com | Apr 25 2024 20:35:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 519654620 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 25 2024 20:48:57 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 519730013 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 25 2024 20:33:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519654621 | Email/Text: DOLUIBANKRUPTCY@dol.nj.gov | Apr 25 2024 20:34:00 | State of NJ Department of Labor, Benefits Payment Control, P.O. Box 951, Trenton, NJ 08625-0951 |
| 519654623 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 25 2024 20:38:06 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| 519654624 | + | Email/Text: famc-bk@1stassociates.com | Apr 25 2024 20:35:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 519655999 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 25 2024 20:38:11 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York,, NY 10278 |
| 519654626 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 25 2024 20:38:11 | US Dept HUD, 451 ASeventh Street SW, Washington, DC 20410-0001 |
| 519654625 | + | Email/Text: LCI@upstart.com | Apr 25 2024 20:34:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519656003 | ^ | MEBN | Apr 25 2024 20:30:17 | Upstart Network, Inc., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519654627 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 25 2024 20:48:33 | Wells Fargo Auto Finance, Attn: Bankruptcy, Po Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Brad J. Sadek | on behalf of Debtor Crystal M Dunston bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gregory L. Van Dyck | on behalf of Plaintiff NJ Department of Labor and Workforce Development  Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Apr 25, 2024 | Form ID: 185 | Total Noticed: 47

William E. Craig
    on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com

William E. Craig
    on behalf of Creditor Peritus Portfolio Services II LLC as servicer for Crescent Bank & Trust wcraig@egalawfirm.com, mortoncraigecf@gmail.com

TOTAL: 9