Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−15435−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Crystal M Dunston
   37 Randolph Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6177

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 27, 2024.

Dated: June 27, 2024
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 22-15435-JNP
Crystal M Dunston                                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                      Page 1 of 4

Date Rcvd: Jun 27, 2024                 Form ID: plncf13                                 Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal M Dunston, 37 Randolph Lane, Sicklerville, NJ 08081-4462 |
| 519654602 | + | Boost Credit Line, 5940 summerhill road, Texarkana, TX 75503-1639 |
| 519655036 | + | Jonathan Dunston, 37 Randolph Lane, Sicklerville, NJ 08081-4462 |
| 519654622 | + | Stwdfinsvc, Po Box 39, Maple Shade, NJ 08052-0039 |
| 519655349 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2024 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2024 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 27 2024 22:00:00 | Peritus Portfolio Services II, LLC as servicer for, 433 E. Las Colinas Blvd., Irving, TX 75039, UNITED STATES 75039-5581 |
| 519654601 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 27 2024 22:16:38 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519673616 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 27 2024 21:59:00 | Atlantic City Electric Company, 5 Collins Drive,Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 519655544 | | Email/Text: bankruptcy@cbtno.com | Jun 27 2024 21:56:00 | Crescent Bank and Trust, PO Box 2829, Addison, TX 75001 |
| 519654603 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 22:17:08 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519654604 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 22:16:24 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519654605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 22:04:38 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519654606 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2024 22:04:16 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519654607 | + | Email/Text: bankruptcy@cbtno.com | Jun 27 2024 22:01:00 | Crescent Bank & Trust, Inc., Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 519663240 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 21:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519654608 | + | Email/Text: mrdiscen@discover.com | Jun 27 2024 21:56:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

Case 22-15435-JNP    Doc 66    Filed 06/29/24    Entered 06/30/24 00:29:49    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: plncf13 | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| 519666451 | + Email/PDF: acg.exeter.ebn@aisinfo.com | Jun 27 2024 22:05:19 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 519656093 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2024 22:39:41 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519654609 | + Email/PDF: acg.exeter.ebn@aisinfo.com | Jun 27 2024 22:05:28 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 519654611 | + Email/Text: LCI@upstart.com | Jun 27 2024 21:57:00 | FinWise Bank, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 519654610 | + Email/Text: bnc-bluestem@quantum3group.com | Jun 27 2024 22:00:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519654612 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 27 2024 22:05:18 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519654613 | + Email/Text: bankruptcy@sccompanies.com | Jun 27 2024 22:01:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 519654614 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2024 21:58:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519701366 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 22:00:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519680423 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 22:04:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519654615 | Email/Text: camanagement@mtb.com | Jun 27 2024 21:59:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519676937 | Email/Text: camanagement@mtb.com | Jun 27 2024 21:59:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519654616 | + Email/Text: bankruptcy@sccompanies.com | Jun 27 2024 22:01:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 519654617 | + Email/Text: bankruptcy@sccompanies.com | Jun 27 2024 22:01:00 | Monroe & Main, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519654618 | + Email/Text: netcreditbnc@enova.com | Jun 27 2024 22:00:06 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 519704727 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 22:05:40 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519702419 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 22:04:39 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519672773 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 22:00:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519654619 | Email/Text: joey@rmscollect.com | Jun 27 2024 22:00:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 519654620 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 27 2024 22:40:14 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 519730013 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 27 2024 21:57:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519654621 | Email/Text: DOLUIBANKRUPTCY@dol.nj.gov | Jun 27 2024 21:58:00 | State of NJ Department of Labor, Benefits Payment Control, P.O. Box 951, Trenton, NJ 08625-0951 |
| 519655349 | ^ MEBN | Jun 27 2024 21:43:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 22-15435-JNP    Doc 66    Filed 06/29/24    Entered 06/30/24 00:29:49    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: plncf13 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 519654623 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 22:04:21 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 | |
| 519654624 | + Email/Text: famc-bk@1stassociates.com | Jun 27 2024 21:59:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 | |
| 519655999 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 27 2024 22:04:16 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York,, NY 10278 | |
| 519654626 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 27 2024 22:04:16 | US Dept HUD, 451 ASeventh Street SW, Washington, DC 20410-0001 | |
| 519654625 | + Email/Text: LCI@upstart.com | Jun 27 2024 21:57:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 | |
| 519656003 | ^ MEBN | Jun 27 2024 21:48:31 | Upstart Network, Inc., PO BOX 1931, Burlingame, CA 94011-1931 | |
| 519654627 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 27 2024 22:39:43 | Wells Fargo Auto Finance, Attn: Bankruptcy, Po Box 29704, Phoenix, AZ 85038-9704 | |

TOTAL: 43

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Brad J. Sadek | on behalf of Debtor Crystal M Dunston bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gregory L. Van Dyck | on behalf of Plaintiff NJ Department of Labor and Workforce Development  Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | |

on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

William E. Craig

on behalf of Creditor Peritus Portfolio Services II  LLC as servicer for Crescent Bank & Trust wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9