Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22–15435–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Crystal M Dunston
   37 Randolph Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–6177

Employer's Tax I.D. No.:

### NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            October 1, 2024
Time:                 11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*68* – Certification in Opposition to (related document:67 Creditor's Certification of Default (related document:57 Order on Motion For Relief From Stay) filed by William E. Craig on behalf of Peritus Portfolio Services II, LLC as servicer for Crescent Bank & Trust. Objection deadline is 09/17/2024. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Craig, William) Modified on 9/4/2024 INCORRECT CASE NUMBER ON PROPOSED ORDER. filed by Creditor Peritus Portfolio Services II, LLC as servicer for Crescent Bank & Trust) filed by Brad J. Sadek on behalf of Crystal M Dunston. (Sadek, Brad)

and transact such other business as may properly come before the meeting.


Dated: September 9, 2024
JAN: kvr

                                                          Jeanne Naughton
                                                          Clerk