Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−15435−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Crystal M Dunston
   37 Randolph Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6177

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              October 1, 2024
Time:              11:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*68* − Certification in Opposition to (related document:67 Creditor's Certification of Default (related document:57 Order on Motion For Relief From Stay) filed by William E. Craig on behalf of Peritus Portfolio Services II, LLC as servicer for Crescent Bank & Trust. Objection deadline is 09/17/2024. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Craig, William) Modified on 9/4/2024 INCORRECT CASE NUMBER ON PROPOSED ORDER. filed by Creditor Peritus Portfolio Services II, LLC as servicer for Crescent Bank & Trust) filed by Brad J. Sadek on behalf of Crystal M Dunston. (Sadek, Brad)

and transact such other business as may properly come before the meeting.

Dated: September 9, 2024
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-15435-JNP
Crystal M Dunston  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Sep 09, 2024     Form ID: 173     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal M Dunston, 37 Randolph Lane, Sicklerville, NJ 08081-4462 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:

**Name**     **Email Address**

Andrew B Finberg
    ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Brad J. Sadek
    on behalf of Debtor Crystal M Dunston bradsadek@gmail.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Denise E. Carlon
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gregory L. Van Dyck
    on behalf of Plaintiff NJ Department of Labor and Workforce Development  Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 09, 2024 | Form ID: 173 | Total Noticed: 1

John R. Morton, Jr.
    on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

William E. Craig
    on behalf of Creditor Peritus Portfolio Services II  LLC as servicer for Crescent Bank & Trust wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9