UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

PB-1002-C

Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North #200
Cherry Hill, NJ 08035
(856) 330-6200
Attorney for Peritus Portfolio Services II, LLC as servicer for Crescent Bank & Trust

In Re:

CRYSTAL M. DUNSTON

Order Filed on July 1, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 22-15435

Adv. No.

Hearing Date: 6-24-25

Judge: (JNP)

## ORDER FOR COUNSEL FEES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 1, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Crystal M. Dunston
Case No: 22-15435
Caption of Order: Order for counsel fees

    This matter having brought before this Court on a Certificate Of Default filed by William E. Craig, Esq., attorney for Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services ("Peritus"), with the appearance of Jeanie Wiesner, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

    **ORDERED:**
1. **That Peritus is the holder of a first purchase money security interest encumbering a 2018 Kia Sorento bearing vehicle identification number 5XYPG4A30JG344921.**
2. **That the Debtor is to pay a counsel fee of $350.00 to Peritus through her Chapter 13 Plan.**