IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Brad J. Sadek, Esquire
Sadek and Law Offices
701 East Gate Drive
Suite 129
Mount Laurel, NJ 08054
856-890-9003

In Re:

Crystal M. Dunston
debtor

Case No.: **22-15435**

Chapter: **13**

Judge: **JNP**

# AMENDED ATTORNEY'S CERTIFICATION IN SUPPORT OF SUPPLEMENTAL CHAPTER 13 FEES

I, Brad J. Sadek, Esquire, hereby certify as follows:

1. I represent the debtor, Crystal M. Dunston, in this Chapter 13 Bankruptcy.

2. The services rendered for this fee application were the defense of a Motion for Relief from Stay filed by M&T Bank, prosecution of Motion to Approve Grant from NJHAF-ERMA, defense of a Motion for Relief from Stay filed by Crescent Bank, defense of a Trustee's Certification of Default, and defense of two Certifications of Default filed by Crescent Bank.

3. The compensation requested is a flat fee of $2,500.00 for these services.

Date: July 7, 2025

/s/ Brad J. Sadek
Brad J. Sadek, Esquire