Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
**Case Number: 22-15435 (JNP)**

Crystal M. Dunston
37 Randolph Lane
Sicklerville, NJ  08081

Monthly Payment: $953.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/21/2025 | $809.00 | 02/18/2025 | $811.00 | 03/04/2025 | $837.00 | 04/03/2025 | $837.00 |
| 05/08/2025 | $837.00 | 06/06/2025 | $837.00 | 07/22/2025 | $837.00 | 08/29/2025 | $953.00 |
| 09/30/2025 | $953.00 | 12/02/2025 | $953.00 | 12/03/2025 | $-953.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 0 | CRYSTAL M. DUNSTON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $2,863.00 | $2,863.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $2,500.00 | $1,715.40 | $784.60 | $0.00 |
| 1 | AFFIRM, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BOOST CREDIT LINE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $375.61 | $0.00 | $375.61 | $0.00 |
| 4 | CITIBANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $678.52 | $0.00 | $678.52 | $0.00 |
| 6 | CREDIT ONE BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CRESCENT BANK & TRUST | 24 | $1,359.40 | $936.09 | $423.31 | $332.85 |
| 8 | DISCOVER BANK | 33 | $1,105.65 | $0.00 | $1,105.65 | $0.00 |
| 9 | EXETER FINANCE, LLC | 33 | $18,184.97 | $155.51 | $18,029.46 | $58.71 |
| 10 | FINWISE BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | FINGERHUT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PREMIER BANKCARD, LLC | 33 | $635.42 | $0.00 | $635.42 | $0.00 |
| 13 | GINNY'S | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | DEPARTMENT OF THE TREASURY | 28 | $6,595.90 | $0.00 | $6,595.90 | $0.00 |
| 15 | M & T BANK | 24 | $543.12 | $543.12 | $0.00 | $145.58 |
| 16 | MIDNIGHT VELVET/SWISS COLONY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MONROE & MAIN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | NETCREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | RECEIVABLE MANAGEMENT INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | REGIONAL ACCEPTANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | STATE OF NEW JERSEY | 24 | $11,675.64 | $8,446.66 | $3,228.98 | $3,032.29 |
| 22 | STWDFINSVC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | LVNV FUNDING, LLC | 33 | $1,629.41 | $0.00 | $1,629.41 | $0.00 |
| 24 | TOTAL VISA/THE BANK OF MISSOURI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | UPSTART NETWORK, INC. | 33 | $1,574.53 | $0.00 | $1,574.53 | $0.00 |
| 28 | WELLS FARGO AUTO FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | BRAD J. SADEK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | DEPARTMENT OF THE TREASURY | 33 | $7,416.95 | $0.00 | $7,416.95 | $0.00 |
| 32 | PREMIER BANKCARD, LLC | 33 | $955.65 | $0.00 | $955.65 | $0.00 |
| 33 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $2,286.45 | $0.00 | $2,286.45 | $0.00 |
| 34 | PINNACLE SERVICE SOLUTIONS, LLC | 33 | $761.45 | $0.00 | $761.45 | $0.00 |
| 35 | PINNACLE SERVICE SOLUTIONS, LLC | 33 | $646.00 | $0.00 | $646.00 | $0.00 |
| 36 | STATE OF NEW JERSEY | 28 | $127.64 | $0.00 | $127.64 | $0.00 |
| 37 | EXETER FINANCE, LLC | 24 | $327.52 | $327.52 | $0.00 | $124.97 |
| 38 | EXETER FINANCE, LLC | 13 | $438.00 | $438.00 | $0.00 | $0.00 |
| 39 | CRESCENT BANK & TRUST | 24 | $3,934.76 | $2,408.45 | $1,526.41 | $971.71 |
| 40 | CRESCENT BANK & TRUST | 13 | $549.00 | $549.00 | $0.00 | $549.00 |
| 41 | EXETER FINANCE, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 42 | M & T BANK | 24 | $3,073.90 | $0.00 | $3,073.90 | $0.00 |
| 43 | M & T BANK | 13 | $549.00 | $0.00 | $549.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2022 | 30.00 | $0.00 |
| 02/01/2025 | Paid to Date | $14,283.00 |
| 03/01/2025 | 5.00 | $837.00 |
| 08/01/2025 | 24.00 | $953.00 |
| 08/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,711.00 |
| Total paid to creditors this period: | $5,215.11 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $2,048.00 |
| Attorney: | BRAD J. SADEK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**