UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:
CRYSTAL M DUNSTON

Case No.: ___1-22-BK-15435___

Chapter: _____13_____

Judge: ___JERROLD N POSLUSNY JR___

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    __CRESCENT BANK AND TRUST_____, Creditor_____
(Example: John Smith, creditor)

Old address:    PO BOX 2829_____

ADDISON TX 75001_____

_____

New address:    PO BOX 1149_____

GRAPEVINE TX 76099_____

_____

New phone no.: _(866) 831-5954_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    _4/22/2026_____          /s/Michael Stidham_____
                                                                    Signature

*rev.2/1/16*

## Addendum C

### LIMITED POWER OF ATTORNEY

KNOW ALL PEOPLE BY THESE PRESENTS:

The undersigned ("Principal"), hereby constitutes and appoints Peritus Portfolio Services II LLC ("Agent") as its limited true and lawful agent and attorney in fact to act in its name and stead or on its behalf with authority to do only the following acts with respect to retail installment contracts and revolving credit accounts.

After the date hereof:

1. Agent can receive, endorse and collect all payments made payable to or owed to Principal in connection with the Property, including, but not limited to, any payments received from a Chapter 7, Chapter 11, Chapter 12, and Chapter 13 bankruptcy trustee.

2. Agent can take any and all actions necessary to perform such Bankruptcy Claim services for Client including preparation and filing of claims, in Bankruptcy cases pursuant to a contract for services between Client and Peritus Portfolio Services II LLC.

3. Agent can pursue litigation in connection with the services of bankrupt accounts to a contract for services between Client and Peritus Portfolio Services II LLC.

This power of attorney is made on ___Jan 2. 2024.___

Client: ___Crescent Bank.___

By: ___Gloria Shittu, VP Loss Mitigation___
         Position

STATE of ___Texas___         ) ss.
COUNTY OF ___Dallas___                 )

I, ___Jevoy Bennett___ a Notary Public in and for said County, in said State, do hereby certify that the person personally known to me to be the same person whose name is subscribed to the foregoing instrument has appeared before me this day in person and acknowledged that he/she signed and delivered such instrument as his/her free and voluntary act for the uses and purposes therein set forth.
Given under my hand and official seal this ___2nd___ day of ___Jan___, 2024.

Notary Public State of ___Texas___
Commission Expires: ___12 - 29 - 25___



```
JEVOY BENNETT
Notary Public, State of Texas
Comm. Expires 12-29-2025
Notary ID 133507329
```