Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22–15435–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Crystal M Dunston
  37 Randolph Lane
  Sicklerville, NJ 08081

Social Security No.:
  xxx–xx–6177

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              June 30, 2026
Time:              11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*105* – Objection to (related document:104 Creditor's Certification of Default (related document:98 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of M&T BANK. Objection deadline is 06/10/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T BANK) filed by Brad J. Sadek on behalf of Crystal M Dunston.. (Sadek, Brad)

and transact such other business as may properly come before the meeting.

Dated: June 4, 2026
JAN: kvr

Jeanne Naughton
Clerk